UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ARZAGA,<br><br>        Plaintiff,<br><br>  v.<br><br>E. SANTIAGO, et al.,<br><br>        Defendants. | No. 2:18-cv-0313 KJM KJN P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 9, 2019, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 9, 2019, are adopted in full;

2. Defendants' motion to revoke plaintiff's in forma pauperis status (ECF No. 23) is granted;

3. Plaintiff's in forma pauperis status (ECF No. 11) is revoked;

4. Plaintiff is ordered to pay the $400.00 filing fee within twenty-one days from the date of this order adopting the findings and recommendations. Failure to timely pay the filing fee will result in the dismissal of this action; and

5. This matter is referred back to the magistrate judge for all further pretrial proceedings.

DATED: February 12, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE