IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL ARZAGA,**<br><br>Plaintiff,<br><br>v.<br><br>**E. SANTIAGO, et al.,**<br><br>Defendants. | Case No. 2:18-cv-0313 KJM KJN P<br><br>~~[PROPOSED]~~ ORDER |

Plaintiff is a state prisoner, proceeding without counsel. Defendants Gisler and Pak request an extension of time in which to respond to the court's April 1, 2020 order referring this case to the post-screening ADR project in light of the COVID-19 pandemic. Good cause appearing, IT IS HEREBY ORDERED: that:

1. The request by defendants Gisler and Pak (ECF No. 37) is granted; and

2. Defendants Gisler and Pak shall have up to and including June 1, 2020, to respond to the April 1, 2020 order.

Dated: April 22, 2020

/arza0313.eot

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE