UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ARZAGA, | No. 2:18-cv-0313 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| E. SANTIAGO, et al., | |
| Defendants. | |

Plaintiff, a state prisoner, appears pro se with a civil rights complaint under 42 U.S.C. § 1983. Plaintiff paid the filing fee. This action proceeds on plaintiff's amended complaint alleging Eighth Amendment claims against defendants E. Santiago, Gisler (sued as "G. Donna"), Haluik, A. Victoriano, and S. Pak pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). (ECF No. 16.) On May 29, 2020, defendants Gisler and Pak filed a motion to opt out of the post-screening ADR project.[1] After reviewing the motion, the court finds good cause to grant defendants' motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to opt out (ECF No. 44) is granted and the stay of this action is lifted; and

---

[1] Service of process on the remaining defendants remains outstanding.

1

2. By separate order, the court will set a schedule for this case.

Dated: June 2, 2020

/arza0313.optout

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE