IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL ARZAGA,**<br><br>                                Plaintiff,<br><br>         v.<br><br>**E. SANTIAGO, et al.,**<br><br>                                Defendants. | Case No. 2:18-cv-0313 KJM KJN P<br><br>[PROPOSED] ORDER GRANTING APPLICATION TO MODIFY SCHEDULING ORDER |

Plaintiff is a state prisoner, proceeding without counsel.  On September 18, 2020, defendants applied ex parte for an order to take plaintiff's deposition via remote video conference, with the plaintiff, the deposition reporter and defense counsel to be in separate locations.

Good cause appearing, IT IS HEREGY ORDERED that:

1. Defendants' application (ECF No. 52) is granted; and

2. Plaintiff's deposition may be taken via video conference, with the plaintiff, the deposition reporter, and defense counsel in separate locations and such deposition testimony shall be admissible the same as other depositions.

Dated:  September 21, 2020

/arza0313.remote

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE