UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ARZAGA, | No. 2:18-cv-0313 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| E. SANTIAGO, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding pro se. On October 13, 2020, plaintiff filed a motion to stay discovery pending his return from the Los Angeles County Jail for a resentencing hearing. Within fourteen days from the date of this order, counsel for defendants Gisler and Pak shall respond to plaintiff's motion, including, but not limited to, confirming whether plaintiff is scheduled for transfer to the Los Angeles County Jail for an impending resentencing hearing and, if so, whether this case should not be stayed in its entirety, including plaintiff's video deposition, until his return from the jail. Good cause appearing, IT IS HEREBY ORDERED that within fourteen days, counsel for defendants shall respond to plaintiff's motion (ECF No. 57) as set forth above.

Dated: October 20, 2020

arza0313.fb

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE