UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ARZAGA, | No. 2:18-cv-0313 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| E. SANTIAGO, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding pro se and in forma pauperis. This action proceeds on plaintiff's amended complaint alleging sexual assault and failure to protect in violation of the Eighth Amendment. (ECF No. 16.) On July 26, 2021, plaintiff filed a document styled, "Contact Information for Defendants Santiago, Haluik, and Victoriano for U.S. Marshal's Service," and directs his filing to the U.S. Marshal. Plaintiff lists the three defendants with referenced "complaint" numbers, and then sets forth the following address:

> Special Investigator Etta Rodriguez
> Board of Registered Nurses
> ATTN; Special Investigations for Nurses
> P.O. Box 944210
> Sacramento, CA  94244-2100

(ECF No. 87.)

Plaintiff is advised that this is insufficient information to enable the court to order the U.S. Marshal to execute service of process on defendants. Plaintiff's filing suggests he has lodged

complaints with the Board of Registered Nurses, but any investigation related thereto does not provide a forum for plaintiff to accomplish service of process on defendants named in such complaints. The Nursing Board is not responsible for investigating addresses for service of process by pro se prisoners. Rather, plaintiff must provide an address where each defendant either resides or is employed so that the court may order the U.S. Marshal to accomplish service.

Moreover, as plaintiff was informed in the August 21, 2020 order, plaintiff must provide completed USM-285 forms in order to request service of process by the U.S. Marshal. The Clerk of the Court is directed to send plaintiff three USM-285 forms.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's July 26, 2021 notice of contact information (ECF No. 87) is disregarded.

2. The Clerk of the Court is directed to send plaintiff three USM-285 forms.

Dated: July 30, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/arza0313.8x