UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ARZAGA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>E. SANTIAGO, et al.,<br><br>　　　　Defendants. | No.  2:18-cv-0313 KJM KJN P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner, proceeds pro se with a civil rights action under 42 U.S.C. § 1983.  He was granted leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  This action proceeds on plaintiff's amended complaint alleging sexual assault and failure to protect in violation of the Eighth Amendment. (ECF No. 16.)

　　　　On July 26, 2021, plaintiff filed a request for a court-appointed medical examiner/expert.  The expenditure of public funds on behalf of an indigent litigant is proper only when authorized by Congress.  Tedder v. Odel, 890 F.2d 210 (9th Cir. 1989).  The in forma pauperis statute does not authorize the expenditure of public funds for medical examiners or experts.  See 28 U.S.C. § 1915.

////

////

////

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 85) is denied.

2 Dated: August 6, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/arza0313.31c