UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL JESUS ARZAGA,<br><br>    Plaintiff,<br><br>    v.<br><br>E. SANTIAGO, et al.,<br><br>    Defendants. | No.  2:18-cv-0313 KJM KJN P<br><br><br>ORDER |

Plaintiff is a prisoner, proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

On August 30, 2021, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Santiago was returned unserved because the private company had no records and could not locate Elia Santiago. (ECF No. 98.) Therefore, plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code §§ 6250, et seq., or other means available to plaintiff.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form; and

2. Within thirty days from the date of this order, plaintiff shall submit the completed USM-285 form required to effect service on defendant Santiago. Failure to return the completed

1

form within the specified time period will result in a recommendation that defendant Santiago be dismissed from this action.

Dated: September 22, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/arza0313.8e