UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ARZAGA, | No. 2:18-cv-0313 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| E. SANTIAGO, et al., | |
| Defendants. | |

      Plaintiff is a state prisoner, proceeding without counsel.  On March 7, 2022, plaintiff filed a motion seeking leave to file a sur-reply to defendants' reply filed in connection with defendants' motion for judgment on the pleadings.

      The Local Rules do not authorize the routine filing of a sur-reply.  Nevertheless, a district court may allow a sur-reply "where a valid reason for such additional briefing exists, such as where the movant raises new arguments in its reply brief."  Hill v. England, 2005 WL 3031136, at *1 (E.D. Cal. 2005); accord Norwood v. Byers, 2013 WL 3330643, at *3 (E.D. Cal. 2013) (granting the motion to strike the sur-reply because "defendants did not raise new arguments in their reply that necessitated additional argument from plaintiff, plaintiff did not seek leave to file a sur-reply before actually filing it, and the arguments in the sur-reply do not alter the analysis below"), adopted, 2013 WL 5156572 (E.D. Cal. 2013).

////

1   Here, defendants did not raise new arguments in the reply brief, and it appears plaintiff
2   merely seeks another opportunity to oppose defendants' motion. Therefore, the undersigned
3   declines to grant plaintiff an opportunity to file a sur-reply.
4   Accordingly, IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 116) is denied.
5   Dated:  March 22, 2022

/arza0313.sur

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2