UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL JESUS ARZAGA, | No. 2:18-cv-0313 KJM KJN P |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| E. SANTIAGO, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel. He paid the filing fee. On January 19, 2022, plaintiff was ordered to show cause, within thirty days, why defendant Santiago should not be dismissed, and cautioned that failure to respond would result in a recommendation that defendant Santiago be dismissed from this action without prejudice. (ECF No. 110.) The thirty-day period expired, and plaintiff has not shown cause or otherwise responded to the court's order.[1]

Accordingly, IT IS HEREBY RECOMMENDED that defendant Santiago be dismissed from this action without prejudice. See Fed. R. Civ. P. 41(b).

////

---

[1] Plaintiff sought and was granted extensions of time to oppose the pending motion for judgment on the pleadings filed by defendants Pak and Gisler. (ECF Nos. 111, 112, 113.) But plaintiff's motion did not address defendant Santiago or the court's order to show cause.

1

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  April 14, 2022

/arza0313.fsc

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE