UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ARZAGA, | No. 2:18-cv-0313 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| E. SANTIAGO, et al., | |
| Defendants. | |

Plaintiff filed a motion for extension of time to file and serve objections. Plaintiff claims he will object to the dismissal of defendants Santiago, Haluik and Victoriano and seek sanctions for their alleged violation of Local Rule 110 (Fed. R. Civ. P. 11). However, defendants Haluik and Victoriano were dismissed on December 16, 2021.[1] (ECF No. 106.) Moreover, the court record reflects that none of these defendants have been served with a summons and complaint, and therefore have not properly received notice of this action. Thus, it is unclear on what basis plaintiff could seek sanctions against them. But to the extent plaintiff seeks an extension of time to object to the April 14, 2022 findings and recommendations (ECF No. 119) recommending the dismissal of defendant Santiago, plaintiff's motion is granted.

---

[1] The order adopted the findings and recommendations that issued on November 9, 2021 (ECF No. 102). Plaintiff did not file objections to such findings and recommendations, and the deadline to do so expired in November of 2021.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 121) is partially granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file and serve objections to the April 14, 2022, findings and recommendations (ECF No. 119) recommending dismissal of defendant Santiago.

Dated: May 4, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/arza0313.36(2)