UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ARZAGA,<br><br>        Plaintiff,<br><br>    v.<br><br>E. SANTIAGO, et al.,<br><br>        Defendants. | No. 2:18-cv-0313 KJM KJN P<br><br><br>ORDER |

      Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  Two sets of findings and recommendations are presently pending.

      April 14, 2022 Findings and Recommendations

      On April 14, 2022, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff filed objections to the findings and recommendations.[1]

---

[1] Plaintiff objects that he addressed defendant Santiago and other defendants in his opposition to the motion for judgment on the pleadings. (ECF No. 125 at 1-2.) However, the April 14, 2022 findings and recommendations addressed the order to show cause why defendant Santiago should not be dismissed from the action based on multiple failed attempts to serve Santiago. (ECF No.

1

1   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this
2   court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the
3   findings and recommendations to be supported by the record and by the proper analysis.
4   Defendant Santiago is dismissed from this action without prejudice.  *See* Fed. R. Civ. P. 41(b).

April 28, 2022 Findings and Recommendations

On April 28, 2022, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff filed objections to the findings and recommendations.  Defendants Gisler and Pak filed a response.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.  Because this action is barred by the doctrine of res judicata, the motion for judgment on the pleadings filed by defendants Gisler and Pak is granted, and this action is dismissed with prejudice.[2]

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 14, 2022 (ECF No. 119) are adopted in full;

2. Defendant Santiago is dismissed from this action without prejudice.  *See* Fed. R. Civ. P. 41(b);

3. The findings and recommendations filed April 28, 2022 (ECF No. 120) are adopted in full;

/////

---

110.)  As addressed by the footnote in the April 14, 2022 findings and recommendations (ECF No. 119 at 1 n.1), plaintiff's motion for extension of time (ECF No. 112) sought an extension of time to oppose the motion for judgment on the pleadings filed by defendants Gisler and Pak, and did not address defendant Santiago or the January 19, 2022 order to show cause.  Plaintiff did not file a response to the order to show cause.

[2] Defendants Haluik and Victoriano were dismissed from this action on December 16, 2021. (ECF No. 106.)

    4. Defendants' motion for judgment on the pleadings (ECF No. 108) is granted; and

    5. This action is dismissed with prejudice as barred by res judicata.

DATED: September 20, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE